IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20705
Summary Calendar
_____

DONALD F HOBBS

                    Plaintiff - Appellant

        v.

EUGENE HARBIN, Assistant Warden; TRACY ALLEN;
JAMES MITCHELL; TAMARA YOUNG; MARY MOSELY;
KENNETH N DAVIS, Sergeant; MARC H RODRIGUEZ;
CRAIG B PRICE; RICHARD C THALER

                    Defendants - Appellees

------------------------

DONALD F HOBBS

                    Plaintiff - Appellant

        v.

GEORGE BUSH, JR, Governor; WAYNE SCOTT,
Director, Texas Department of Criminal Justice;
GARY JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF
CRIMINAL JUSTICE, INSTITUTIONAL DIVISION;
EUGENE HARBIN, Assistant Warden; TRACY ALLEN;
ALLEN POLUNSKY; DR BOBBY VINCENT; RICHARD C
THALER, Warden; JUAN J TREVINO; JAMES MCKEE,Sergeant;
CRAIG B PRICE, Major; ROBERT S GAYLOR, Captain;
DENISE BOX; HENRY C JONES; TAMMY DUKE; BOBBIE PARKER;
CLARENCE GLASS, JR, Lieutenant; MARGARET MOSLEY;
DR EDGAR HULIPAS; DR LANNETTE LINTHICUM; ROCHELLE MCKINNEY;
PRISCILLA DALY; TIMOTHY C SIMMONS, Assistant Warden;
TOM HESTER; LEON GUINN; ROBERT P KOENIG, SR;
KEITH CLENDENNEN; NANCY PETKOUSEK; SHANTA JENKINS;
JESSE FRANKLIN; SYLVIA J PIASTA; ANNIS BURCH; JUDITH
LARUE; TONY HARBIN, Sergeant; SURETY NO 1; SURETY
NO 2; SURETY NO 3

                    Defendants - Appellees


------------------------

DONALD F HOBBS

        Plaintiff - Appellant

    v.

BRYAN A SUMSTINE; KENNETH N DAVIS, Sergeant;
GERALD A CURTIS

        Defendants - Appellees

-------------------------

DONALD F HOBBS

        Plaintiff - Appellant

    v.

ROBERT H QUADA, JR; RICHARD C THALER;
CHERYL L KELLEY

        Defendants - Appellees

-------------------------

DONALD F HOBBS

        Plaintiff - Appellant

    v.

KATHERINE KYLE; DENISE BOX; RICHARD C THALER

        Defendants - Appellees

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CV-1208
USDC No. H-00-CV-2715
USDC No. H-01-CV-815
USDC No. H-00-CV-944
USDC No. H-01-CV-1028
--------------------
April 22, 2002

Before KING, Chief Judge, and DAVIS and EMILIO M. GARZA, Circuit
Judges.

PER CURIAM:[*]

Donald Hobbs, Texas prisoner no. 691219, seeks to appeal interlocutory orders consolidating and dismissing one of five consolidated cases. He also contends, for the second time in this court, that the district court erred in striking a motion he filed under FED. R. CIV. P. 60(b) in another of the consolidated cases.

"Orders of transfer and consolidation are interlocutory and are not appealable." Matter of Macon Uplands Venture, 624 F.2d 26, 27-28 (5th Cir. 1980). The dismissal of only one of the consolidated cases is likewise not appealable. See Ringwald v. Harris, 675 F.2d 768, 771 (5th Cir. 1982). As we have already determined, the order striking the Rule 60(b) motion is not appealable. Hobbs v. Harbin, No. 01-20722 (5th Cir. Jan. 2, 2002).

Because we have no jurisdiction over these interlocutory rulings, Hobbs's appeal is DISMISSED.

Hobbs has now filed at least two appeals from nonappealable rulings. We caution Hobbs that similar filings in this court may invite the imposition of sanctions. Hobbs should review any pending matters of his to determine whether they contain frivolous claims.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.